

**ORDERED in the Southern District of Florida on March 18, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

IN RE:                                          Case No. 08-19642-BKC-JKO

PETER D. LETTERESE,                             Chapter 7

    Debtor.
_____/

CHURCH OF SCIENTOLOGY
INTERNATIONAL, and
BRIDGE PUBLICATIONS, INC.,                      Adv.Pro.No. 09-02199-BKC-JKO

    Plaintiffs,
v.

PETER D. LETTERESE,

    Defendant.
_____/

## FINAL JUDGMENT

THIS MATTER came before the Court upon Plaintiffs', Church of Scientology

International and Bridge Publications, Inc. (hereinafter collectively referred to as the "Plaintiffs),

{216496.0001/N0818636_1}

Motion for Entry of Final Judgment (the "Motion") (D.E.#26).  The Court having reviewed the file and the Motion, and being otherwise fully advised in the premises; it hereby

ORDERED AND ADJUDGED that:

1.      The Motion is Granted, and Final Judgment is hereby entered based on the Default (D.E.#16), whereby the Debtor, Peter Letterese's general discharge is denied pursuant to 11 U.S.C. § 727 of the Bankruptcy Code;

2.      Based on the foregoing, the dischargeability issues under § 523 of the Default are subsumed into the relief entered herein pursuant to § 727, and therefore, the relief sought via 11 U.S.C. § 523 is deemed moot; and

3.      In view of the denial of discharge herein, the automatic stay imposed under 11 U.S.C. § 362 is hereby terminated, provided however that no party shall proceed against property of the estate in the bankruptcy proceeding, pursuant to U.S.C. § 362(c)(2)(C).

### 

Submitted by:

Alan J. Perlman, Esq.
Adorno & Yoss LLP
Attorney for Plaintiffs
350 East Las Olas Boulevard
Suite 1700
Ft. Lauderdale, FL 33301
Telephone:  (954) 763-1200
Facsimile:  (954) 766-7800

Copies to:

*(Attorney Perlman shall serve a copy of this Order on all interested parties and file a certificate of service with the Court.)*

{216496.0001/N0818636_1}